IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin J. Dekker and Michelle K. Dekker,<br><br>       Plaintiffs,<br><br>v.<br><br>Cenlar FSB, CitiMortgage, Inc. and Wells Fargo Bank, N.A.,<br><br>       Defendants | Case No.: 21-cv-162<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIMORTGAGE, INC.** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant CitiMortgage, Inc. makes the following disclosures:

1. Does CitiMortgage, Inc. have a parent corporation? Yes, per the ownership structure identified below.

2. Is 10% or more of the stock of CitiMortgage, Inc. owned by a publicly held corporation? Yes, per the following ownership structure:

   A. 70% of the shares of CitiMortgage, Inc. are owned by Citibank, N.A., and the remaining 30% are owned by Citi Retail Services LLC.

   B. 80% of the shares of Citi Retail Services LLC are owned by Citicorp USA, Inc., and 20% of the shares of Citi Retail Services LLC are owned by Citibank, N.A.

   C. Citicorp USA, Inc. is a wholly owned subsidiary of Citibank, N.A.

   D. Citibank, N.A. is a wholly owned subsidiary of Citicorp LLC.

   E. Citicorp LLC is a wholly owned subsidiary of Citigroup Inc.

   F. Citigroup Inc. is a publicly traded corporation.

2

Dated: January 22, 2021  **BALLARD SPAHR LLP**

By:  */s/Jenna K. Johnson*
      Jenna K. Johnson (#0398415)
      johnsonjk@ballardspahr.com
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211

**Attorneys for Defendant CitiMortgage, Inc.**