IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Justin J. Dekker; and
Michelle K. Dekker,

       Plaintiffs,

v.

Cenlar FSB;
CitiMortgage, Inc.; and
Usset, Weingarden & Liebo P.L.L.P,

       Defendants.

Case No.: 21-cv-00162 (MJD/TNL)

**STIPULATION TO EXTEND TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINT**

Plaintiffs Justin and Michelle Dekker (the "Plaintiffs") and Defendant Usset, Weingarden & Liebo P.L.L.P. ("Usset") (collectively, the "Parties") hereby stipulate as follows:

1. WHEREAS Plaintiffs commenced an action in the Fourth Judicial District Court of Hennepin County, Minnesota by serving a Summons and Complaint on defendant CitiMortgage, Inc., defendant Cenlar FSB and on the now-dismissed party Wells Fargo Bank, N.A.; and

2. WHEREAS, on January 22, 2021, this action was timely removed to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §§ 1331, 1441, and 1446; and

3. WHEREAS on July 1, 2021, Plaintiffs filed a motion for leave to file an Amended and Supplemental Complaint (the "Amended Complaint"); and

4. WHEREAS on July 14, 2021, Magistrate Judge Leung granted Plaintiffs' motion as timely and unopposed and ordered Plaintiffs to file their Amended Complaint within seven days of said order; and

5. WHEREAS on July 14, 2021 Plaintiffs filed the Amended Complaint and on July 15, 2021, re-filed the Amended Complaint to correct the caption, adding Usset as a defendant to this action for the first time; and

6. WHEREAS prior to the filing of the Amended Complaint, Plaintiffs and defendants Cenlar FSB and CitiMortgage, Inc. scheduled private mediation of the claims and disputes at issue in this action for August 26, 2021 (the "Mediation"); and

7. WHEREAS Usset intends to participate in the Mediation; and

8. WHEREAS the parties desire to minimize costs in the time leading up to the scheduled mediation in order to facilitate the resolution of some or all of the claims asserted;

**IT IS THEREFORE SO STIPULATED AND AGREED BY THE PARTIES** that Usset's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint is extended **until and including Friday, September 17, 2021**.

**SO STIPULATED:**

**Date:** August 18, 2021    By: */s/ Kari Berman*
Kari Berman (ID No. 0256705)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 S. 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: 612.428.5000
Facsimile:  612.428.5001
Kari.Berman@lewisbrisbois.com
*Attorneys for Defendant*
*Usset, Weingarden & Liebo P.L.L.P*

By: */s/ John H. Goolsby*
    John H. Goolsby
    475 Cleveland Ave. N., Suite 212
    St. Paul, MN  55104
    Telephone: 651.646.0153
    jgoolsby@goolsbylawoffice.com