## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Justin J. Dekker; and
Michelle K. Dekker,

        Plaintiffs,                Case No.: 21-cv-00162 (MJD/TNL)

v.

Cenlar FSB;                     **THIRD STIPULATION TO EXTEND**
CitiMortgage, Inc.; and          **TIME TO ANSWER OR RESPOND TO**
Usset, Weingarden & Liebo P.L.L.P,     **AMENDED COMPLAINT**

        Defendants.

---

Plaintiffs Justin and Michelle Dekker (the "Plaintiffs") and Defendant Usset, Weingarden & Liebo P.L.L.P. ("Usset") (collectively, the "Parties") hereby stipulate as follows:

1.    WHEREAS Plaintiffs commenced an action in the Fourth Judicial District Court of Hennepin County, Minnesota by serving a Summons and Complaint on defendant CitiMortgage, Inc., defendant Cenlar FSB and on the now-dismissed party Wells Fargo Bank, N.A.; and

2.    WHEREAS, on January 22, 2021, this action was timely removed to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §§ 1331, 1441, and 1446; and

3.    WHEREAS on July 1, 2021, Plaintiffs filed a motion for leave to file an Amended and Supplemental Complaint (the "Amended Complaint"); and

4.     WHEREAS on July 14, 2021, Magistrate Judge Leung granted Plaintiffs' motion as timely and unopposed and ordered Plaintiffs to file their Amended Complaint within seven days of said order; and

5.     WHEREAS on July 14, 2021 Plaintiffs filed the Amended Complaint and on July 15, 2021, re-filed the Amended Complaint to correct the caption, adding Usset as a defendant to this action for the first time; and

6.     WHEREAS prior to the filing of the Amended Complaint, Plaintiffs and defendants Cenlar FSB and CitiMortgage, Inc. scheduled private mediation of the claims and disputes at issue in this action for August 26, 2021 (the "Mediation"); and

7.     WHEREAS Plaintiffs previously consented to extend Usset's time to respond to the Amended Complaint to and including September 17, 2021 and again to September 28, 2021, and again to October 12, 2021, all of which extensions were ordered by this Court; and

8.     WHEREAS Plaintiffs have consented to again extend Usset's time to respond to the Amended Complaint to and including October 29, 2021;

**IT IS THEREFORE SO STIPULATED AND AGREED BY THE PARTIES** that Usset's deadline to answer or otherwise respond to Plaintiffs' Amended Complaint is extended **until and including Friday, October 29, 2021**.

**SO STIPULATED:**

**Date:**  October 11, 2021          By:  /s/ Kari Berman

Kari Berman (ID No. 0256705)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 S. 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: 612.428.5000

Facsimile:  612.428.5001
Kari.Berman@lewisbrisbois.com
*Attorneys for Defendant*
*Usset, Weingarden & Liebo P.L.L.P*

By:  */s/ John H. Goolsby*
John H. Goolsby
475 Cleveland Ave. N., Suite 212
St. Paul, MN  55104
Telephone: 651.646.0153
jgoolsby@goolsbylawoffice.com