UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin J. Dekker; and<br>Michelle K. Dekker,<br><br>            Plaintiffs,<br><br>v.<br><br>Cenlar FSB; and<br>CitiMortgage, Inc.,<br><br>            Defendants. | Case No. 21-cv-0162 (MJD/TNL)<br><br>**RULE 5.6 JOINT MOTION REGARDING CONTINUED SEALING** |

| Docket No. | Description of Document | Relevant Page Numbers | Parties Agree Doc. Should Remain Sealed | Parties Agree Doc. May Be Unsealed | Parties Disagree | Reason Why Document Should Remain Sealed or Be Unsealed |
|---|---|---|---|---|---|---|
| 66 | Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Compel | 16, 24, 42 | | X | | Not Applicable |
| 69 | Exhibit B to Declaration of John H. Goolsby | 3-4, 8-9 | | X | | |
| 70 | Exhibit C to Declaration of John H. Goolsby | 4-5 | | X | | |

Dated:  5/18/22                     By:  s/John H. Goolsby
                                    John H. Goolsby, #0320201
                                    GOOLSBY LAW OFFICE, LLC
                                    475 Cleveland Ave. N., Suite 212
                                    St. Paul, MN 55104
                                    (651) 646-0153
                                    jgoolsby@goolsbylawoffice.com
                                    **Attorney for Plaintiffs**


Dated:  5/18/22                     By: s/Ryan A. Sawyer
                                    Nicholas O'Conner
                                    312-443-0700
                                    noconner@lockelord.com
                                    Ryan A. Sawyer
                                    312-443-1751
                                    ryan.sawyer@lockelord.com
                                    Locke Lord LLP
                                    111 South Wacker Drive
                                    Ste 4100
                                    Chicago, IL 60606

                                    Michael R. Sauer #0387005
                                    WILFORD GESKE & COOK, P.A.
                                    7616 Currell Boulevard, Suite 200
                                    Woodbury, Minnesota 55125
                                    (651) 209-3300
                                    msauer@wgcmn.com
                                    **Attorneys for Defendant Cenlar FSB**


Dated: 5/18/22                      By:  s/Jenna K. Johnson
                                    Jenna K. Johnson #0398415
                                    BALLARD SPAHR LLP
                                    2000 IDS Center
                                    80 South Eighth Street
                                    Minneapolis, MN 55402,
                                    (612) 371-3232
                                    johnsonjk@ballardspahr.com,
                                    **Attorney for Defendant CitiMortgage, Inc.**

3