# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## CIVIL MOTION HEARING

|  |  |
|---|---|
| Justin J. Dekker, and Michelle K. Dekker, | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Tony N. Leung |
|  | U.S. Magistrate Judge |
| v. | Case No: 21-cv-162 (MJD/TNL) |
|  | Date: May 26, 2022 |
| Cenlar FSB, and CitiMortgage, Inc., | Court Reporter: Renee Rogge |
|  | Courthouse: Zoom Hearing |
| Defendants. | Courtroom: No Courtroom |
|  | Time Commenced: 2:00 p.m. |
|  | Time Concluded: 3:53 p.m. |
|  | Sealed Hearing Time: N/A |
|  | Time in Court: 1 hour and 53 minutes |

## APPEARANCES:

| Plaintiffs: | John H. Goolsby, Goolsby Law Office, LLC |
| Defendant Cenlar FSB: | Ryan A. Sawyer, Locke Lord LLP |
| Defendant CitiMortgage, Inc.: | Jenna K. Johnson, Ballard Spahr LLP |

## HEARING ON:

A hearing was held regarding Plaintiffs' Motion to Compel, ECF No. 64.

## REMARKS:

Plaintiffs' Motion to Compel, ECF No. 64, was taken under advisement as of today.

☒ORDER TO BE ISSUED ☐NO ORDER TO BE ISSUED   ☐R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court  ☐ Exhibits returned to counsel

*s/Kelly*
Law Clerk to Magistrate Judge Leung