# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Justin J. Dekker, and Michelle K. Dekker,

      Plaintiffs,

v.

Cenlar FSB, and CitiMortgage, Inc.,

      Defendants.

Case No. 21-cv-162 (MJD/TNL)

**ORDER**

This matter is before the Court on Plaintiffs Justin J. Dekker and Michelle K. Dekker's Unopposed Motion for Leave to File Second Supplemental Complaint, ECF No. 115.

Based on all of the files, records, and proceedings herein, for good cause shown, and there being no objection thereto, **IT IS HEREBY ORDERED** that:

1.    Plaintiffs' Unopposed Motion for Leave to File Second Supplemental Complaint, ECF No. 115, is **GRANTED**.

2.    Plaintiffs shall file their Second Supplemental Complaint, in substantially the same form as that filed at ECF No. 115-1, within seven days of the date of this Order.

3.    Defendants shall file Answers to Plaintiffs' Second Supplemental Complaint within 21 days after it is filed.

4.    All prior consistent orders remain in full force and effect.

5.      Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: December __2__, 2022                    _____s/*Tony N. Leung*_____
                                               Tony N. Leung
                                               United States Magistrate Judge
                                               District of Minnesota


                                               *Dekker et al. v. Cenlar FSB et al.*
                                               Case No. 21-cv-162 (MJD/TNL)